# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
Case No.

**SUELAN WAN, on behalf of herself and
all other similarly situated consumers,**

        **Plaintiff(s),**

v.

**RAUSCH STURM, LLP,**

        **Defendant.**

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendant Rausch Sturm, LLP by and through its undersigned counsel, hereby removes the above-captioned matter to the United States District Court for the Southern District of Florida from the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida and in support thereof avers as follows:

1.    Rausch Sturm, LLP is a defendant in a civil action originally filed on or about April 21, 2022, in the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, titled *Suelan Wan, on behalf of herself and all other similarly situated consumers, v. Rauch Sturm LLP* and docketed to Case No. 2022-007267-CA-01.

2.    This removal is timely under 28 U.S.C. § 1446(b) as Defendant received service of process on May 12, 2022.

3.    Pursuant to 28 U.S.C. § 1446, attached hereto are copies of all process, pleadings and orders received by Defendant in the state court action.

5.    The United States District Court for the Southern District of Florida has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against

Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. and that she sustained actual damages.

6. On this date, Defendant provided notice of this Removal to counsel for Plaintiff and to the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

WHEREFORE, Defendant respectfully removes this case to the United States District Court for the Southern District of Florida.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ John M. Marees, II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
MAUREEN WALSH, ESQUIRE
FL Bar No. 28179
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
mwalsh@messerstrickler.com
*Counsel for Defendant*

Dated: June 1, 2022

## CERTIFICATE OF SERVICE

I certify that on June 1, 2022, a true copy of the foregoing document was served as follows:

*Via U.S. Mail Postage Prepaid:*
Levy & Partners, PLLC
3230 Stirling Road, Suite 1
Hollywood, FL 33021
omar@lawlp.com
claudia@lawlp.com
*Counsel for Plaintiff*

**MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ John M. Marees, II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
MAUREEN WALSH, ESQUIRE
FL Bar No. 28179
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
mwalsh@messerstrickler.com
*Counsel for Defendant*

Dated: June 1, 2022